IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2011 AUG 16 PM 1:54

CLERK
SO. DIST. OF GA.

ANTONIO ANTWAN CHARLESTON,

Plaintiff,

v.

CIVIL ACTION NO.: CV611-055

Sgt. JESSICA WILLIAMS; Sgt. CORTINEZ;
Officer HORNES; Officer SMILEY; Officer
LEWIS; Officer FITCH; Cert. Officer
WENFIELD; Cert. Officer GOSHAY;
Cert. Officer SIMMIONS; and Cert. Officer
DIEAGO,

Defendants.

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated May 27, 2011, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until June 27, 2011, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that May 27, 2011, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 16th day of August, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA